```
         FILED      LODGED
                    RECEIVED

         SEP 02 2011

         CLERK U.S. DISTRICT COURT
   WESTERN DISTRICT OF WASHINGTON AT TACOMA
BY                              DEPUTY
```

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT TACOMA

KEITH PELZEL

       Plaintiff,

vs.

LSI TITLE AGENCY, INC.; GMAC MORTGAGE, LLC; HOMECOMINGS FINANCIAL NETWORK, INC.; FIRST AMERICAN TITLE INSURANCE COMPANY; MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC.; ALL PERSONS UNKNOWN, CLAIMING ANY VALID SUBSISTING INTEREST, AND RIGHT TO THE POSSESSION IN THE PROPERTY DESCRIBED IN THE COMPLAINT ADVERSE TO PLAINTIFF'S TITLE, OR ANY CLOUD ON PLAINTIFF'S TITLE THERETO, AND DOES I-X, INCLUSIVE,

       Defendants.

NO. CV 11-05106-RBL

STIPULATION AND ORDER FOR WITHDRAWAL AND SUBSTITUTION OF COUNSEL FOR DEFENDANT, FIRST AMERICAN TITLE INSURANCE COMPANY, PURSUANT TO GR 2(g)(4)(A)

**NOTE ON MOTION CALENDAR:**

**September 1, 2011**

## STIPULATION

Defendant, First American Title Insurance Company ("First American"), and the parties hereto, have stipulated to the withdrawal of attorneys of record in this matter for First

STIPULATION AND ORDER TO WITHDRAWAL AND SUBSTITUTE COUNSEL FOR DEFENDANT, FIRST AMERICAN TITLE INSURANCE COMPANY, PURSUANT TO GR 2(g)(4)(A) - 1

BISHOP WHITE, MARSHALL & WEIBEL, P.S.
720 OLIVE WAY, SUITE 1201
SEATTLE, WASHINGTON 98101-1801
206/622-5306  FAX: 206/622-0354

CV 11-05106-RBL

American, Ann T. Marshall and Kennard M. Goodman of Bishop, White, Marshall & Weibel, P.S., and to the substitution of new counsel below:

> John T. Ludlow
> Hanson Baker Ludlow Drumheller, P.S.
> 2229 – 112th Avenue NE, #200
> Bellevue, WA 98004
> Telephone: (425) 454-3374
> Email: Jludlow@hansonbaker.com

Ann T. Marshall, as indicated in the attached certification, certifies that this stipulation and proposed order has been served upon her client, First American, and that First American has consented to the same.

STIPULATED AND AGREED this 1st day of September, 2011.

/s/
Jill J. Smith, WSBA #41162
Jill.smith@naturalresourcelawgroup.com
NATURAL RESOURCE LAW GROUP, PLLC
2217 NW 44th Street
P.O. Box 17741
Seattle, WA 98107
Telephone: 206-227-9800
Facsimile: 206-216-5215

STIPULATION AND ORDER TO WITHDRAWAL AND SUBSTITUTE COUNSEL FOR DEFENDANT, FIRST AMERICAN TITLE INSURANCE COMPANY, PURSUANT TO GR 2(g)(4)(A) - 2

BISHOP WHITE, MARSHALL & WEIBEL, P.S.
720 OLIVE WAY, SUITE 1201
SEATTLE, WASHINGTON 98101-1801
206/622-5306 FAX: 206/622-0354

CV 11-05106-RBL

1  /s/
   Shawna M. Lydon, WSBA #34238
2  slydon@bpmlaw.com
   Christopher W. Tompkins, WSBA# 11686
3  ctompkins@bpmlaw.com
   BETTS PATTERSON & MINES, P.S.
4  701 Pike Street, Suite 1400
   Seattle, WA 98101-3927
5  Telephone: 206-292-9988
6  Facsimile: 206-343-7053
   Attorneys for Defendants
7  LSI Title Agency, Inc.
   GMAC Mortgage, LLC
8  Homecomings Financial Network, Inc.
   Mortgage Electronic Registration Systems, Inc.
9

10    /s/
11 Ann T. Marshall, WSBA #23533
   amarshall@bwmlegal.com
12 Kennard M. Goodman, WSBA #22823
   kgoodman@bwmlegal.com
13 BISHOP, WHITE, MARSHALL & WEIBEL, P.S.
   Telephone: 206-622-5306
14 Facsimile: 206-622-0354
   Withdrawing Attorneys for Defendant First American Title Insurance Company
15

16    /s/
17 John D. Ludlow, WSBA#7377
   jludlow@hansonbaker.com
18 HANSON BAKER LUDLOW DRUMHELLER, P.S.
   2229 – 112th Avenue NE, #200
19 Bellevue, WA 98004
   Telephone: 425 454-3374
20 Facsimile: 425 454-0087
   Substituting Attorney for Defendant First American Title Insurance Company
21

22

23 STIPULATION AND ORDER TO                BISHOP WHITE, MARSHALL & WEIBEL, P.S.
   WITHDRAWAL AND SUBSTITUTE                      720 OLIVE WAY, SUITE 1201
24 COUNSEL FOR DEFENDANT, FIRST                 SEATTLE, WASHINGTON 98101-1801
   AMERICAN TITLE INSURANCE COMPANY,              206/622-5306  FAX:  206/622-0354
25 PURSUANT TO GR 2(g)(4)(A) - 3

   CV 11-05106-RBL

## [~~PROPOSED~~] ORDER

Based upon the foregoing stipulation and the certification of counsel, it is hereby

ORDERED that Ann T. Marshall and Kennard M. Goodman, of Bishop, White, Marshall & Weibel, P.S., are hereby withdrawn as counsel of record for Defendant First American Title Insurance Company, and John T. Ludlow of Hanson Baker Ludlow Drumheller, P.S. is hereby substituted as counsel of record for Defendant First American Title Insurance Company.

DATED this 2 day of September, 2011.

_____
HON. RONALD B. LEIGHTON
District Court Judge

STIPULATION AND ORDER TO WITHDRAWAL AND SUBSTITUTE COUNSEL FOR DEFENDANT, FIRST AMERICAN TITLE INSURANCE COMPANY, PURSUANT TO GR 2(g)(4)(A) - 4

CV 11-05106-RBL

BISHOP WHITE, MARSHALL & WEIBEL, P.S.
720 OLIVE WAY, SUITE 1201
SEATTLE, WASHINGTON 98101-1801
206/622-5306 FAX: 206/622-0354

# CERTIFICATE OF SERVICE

The undersigned hereby certifies that she caused the STIPULATION AND ORDER TO WITHDRAW AND SUBSTITUTE COUNSEL FOR DEFENDANT, FIRST AMERICAN TITLE INSURANCE COMPANY, PURSUANT TO GR 2(g)(4)(A) to be served on her client and that her client consented to the same. The undersigned further certifies that, on September 1, 2011, she caused the same to be served on the Plaintiff and Defendants at the addresses list below and in the manner shown below:

*Attorney for Plaintiff Keith Pelzel:*
Jill J. Smith
Natural Resources Law Group, PLLC
2217 NW 44th Street
P.O. Box 17741
Seattle, WA 98107

____ Via hand delivery
____ Via U.S. Mail, First Class, Postage Prepaid
____ Via Overnight Delivery
____ Via Facsimile
_X_ Via CM/ECF System
____ Via Email

*Attorneys for Defendants,*
*LSI Title Agency, Inc.,*
*GMAC Mortgage, LLC,*
*Mortgage Electronic Registration Systems, Inc.; and*
*Homecomings Financial Network, Inc.*
Christopher W. Tompkins
Shawna M. Lydon
Betts, Patterson & Mines, P.S.
One Convention Place, Suite 1400
701 Pike Street
Seattle, WA 98101-3927

____ Via hand delivery
____ Via U.S. Mail, First Class, Postage Prepaid
____ Via Overnight Delivery
____ Via Facsimile
_X_ Via CM/ECF System
____ Via Email

STIPULATION AND ORDER TO WITHDRAWAL AND SUBSTITUTE COUNSEL FOR DEFENDANT, FIRST AMERICAN TITLE INSURANCE COMPANY, PURSUANT TO GR 2(g)(4)(A) - 5

CV 11-05106-RBL

BISHOP WHITE, MARSHALL & WEIBEL, P.S.
720 OLIVE WAY, SUITE 1201
SEATTLE, WASHINGTON 98101-1801
206/622-5306  FAX: 206/622-0354

| | |
|---|---|
| John T. Ludlow<br>Hanson Baker Ludlow Drumheller, P.S.<br>2229 – 112th Avenue NE, #200<br>Bellevue, WA 98004 | ____ Via *hand delivery*<br>____ Via U.S. Mail, First Class, Postage Prepaid<br>____ Via Overnight Delivery<br>____ Via Facsimile<br>_X_ Via CM/ECF System<br>____ Via Email |

I declare under penalty of perjury that the foregoing is true and correct. Executed on September 1, 2011.

/s/
Ann T. Marshall

STIPULATION AND ORDER TO WITHDRAWAL AND SUBSTITUTE COUNSEL FOR DEFENDANT, FIRST AMERICAN TITLE INSURANCE COMPANY, PURSUANT TO GR 2(g)(4)(A) - 6

CV 11-05106-RBL

BISHOP WHITE, MARSHALL & WEIBEL, P.S.
720 OLIVE WAY, SUITE 1201
SEATTLE, WASHINGTON 98101-1801
206/622-5306  FAX: 206/622-0354