_____ FILED _____ LODGED
_____ RECEIVED

**SEP 02 2011**

CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT TACOMA
BY_____ DEPUTY

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT TACOMA

KEITH PELZEL

                      Plaintiff,

vs.

LSI TITLE AGENCY, INC.; GMAC
MORTGAGE, LLC; HOMECOMINGS
FINANCIAL NETWORK, INC.; FIRST
AMERICAN TITLE INSURANCE
COMPANY; MORTGAGE ELECTRONIC
REGISTRATION SYSTEMS, INC.; ALL
PERSONS UNKNOWN, CLAIMING ANY
VALID SUBSISTING INTEREST, AND
RIGHT TO THE POSSESSION IN THE
PROPERTY DESCRIBED IN THE
COMPLAINT ADVERSE TO PLAINTIFF'S
TITLE, OR ANY CLOUD ON PLAINTIFF'S
TITLE THERETO, AND DOES I-X,
INCLUSIVE,

                      Defendants.

NO. CV 11-05106-RBL

STIPULATION AND ORDER FOR
WITHDRAWAL AND
SUBSTITUTION OF COUNSEL FOR
DEFENDANT, FIRST AMERICAN
TITLE INSURANCE COMPANY,
PURSUANT TO GR 2(g)(4)(A)

**NOTE ON MOTION CALENDAR:**

**September 1, 2011**

**STIPULATION**

Defendant, First American Title Insurance Company ("First American"), and the

parties hereto, have stipulated to the withdrawal of attorneys of record in this matter for First

STIPULATION AND ORDER TO
WITHDRAWAL AND SUBSTITUTE
COUNSEL FOR DEFENDANT, FIRST
AMERICAN TITLE INSURANCE COMPANY,
PURSUANT TO GR 2(g)(4)(A) - 1

CV 11-05106-RBL

BISHOP WHITE, MARSHALL & WEIBEL, P.S.
720 OLIVE WAY, SUITE 1201
SEATTLE, WASHINGTON 98101-1801
206/622-5306  FAX: 206/622-0354

American, Ann T. Marshall and Kennard M. Goodman of Bishop, White, Marshall & Weibel, P.S., and to the substitution of new counsel below:

John T. Ludlow
Hanson Baker Ludlow Drumheller, P.S.
2229 – 112th Avenue NE, #200
Bellevue, WA 98004
Telephone: (425) 454-3374
Email: Jludlow@hansonbaker.com

Ann T. Marshall, as indicated in the attached certification, certifies that this stipulation and proposed order has been served upon her client, First American, and that First American has consented to the same.

STIPULATED AND AGREED this 1st day of September, 2011.


/s/
Jill J. Smith, WSBA #41162
Jill.smith@naturalresourcelawgroup.com
NATURAL RESOURCE LAW GROUP, PLLC
2217 NW 44th Street
P.O. Box 17741
Seattle, WA 98107
Telephone: 206-227-9800
Facsimile: 206-216-5215

STIPULATION AND ORDER TO
WITHDRAWAL AND SUBSTITUTE
COUNSEL FOR DEFENDANT, FIRST
AMERICAN TITLE INSURANCE COMPANY,
PURSUANT TO GR 2(g)(4)(A) - 2

CV 11-05106-RBL

BISHOP WHITE, MARSHALL & WEIBEL, P.S.
720 OLIVE WAY, SUITE 1201
SEATTLE, WASHINGTON 98101-1801
206/622-5306 FAX: 206/622-0354

1
      /s/
Shawna M. Lydon, WSBA #34238

2
slydon@bpmlaw.com
Christopher W. Tompkins, WSBA# 11686

3
ctompkins@bpmlaw.com
BETTS PATTERSON & MINES, P.S.

4
701 Pike Street, Suite 1400
Seattle, WA 98101-3927

5
Telephone: 206-292-9988

6
Facsimile: 206-343-7053
Attorneys for Defendants

7
LSI Title Agency, Inc.
GMAC Mortgage, LLC

8
Homecomings Financial Network, Inc.
Mortgage Electronic Registration Systems, Inc.

9


10
      /s/

11
Ann T. Marshall, WSBA #23533
amarshall@bwmlegal.com

12
Kennard M. Goodman, WSBA #22823
kgoodman@bwmlegal.com

13
BISHOP, WHITE, MARSHALL & WEIBEL, P.S.
Telephone:  206-622-5306

14
Facsimile:  206-622-0354
Withdrawing Attorneys for Defendant First American Title Insurance Company

15


16
      /s/

17
John D. Ludlow, WSBA#7377
jludlow@hansonbaker.com

18
HANSON BAKER LUDLOW DRUMHELLER, P.S.
2229 – 112th Avenue NE, #200

19
Bellevue, WA 98004
Telephone:  425 454-3374

20
Facsimile:  425 454-0087
Substituting Attorney for Defendant First American Title Insurance Company

21


22


23
STIPULATION AND ORDER TO
WITHDRAWAL AND SUBSTITUTE

24
COUNSEL FOR DEFENDANT, FIRST
AMERICAN TITLE INSURANCE COMPANY,

25
PURSUANT TO GR 2(g)(4)(A) - 3

CV 11-05106-RBL

BISHOP WHITE, MARSHALL & WEIBEL, P.S.
720 OLIVE WAY, SUITE 1201
SEATTLE, WASHINGTON 98101-1801
206/622-5306  FAX:  206/622-0354

1

## [PROPOSED] ORDER

2       Based upon the foregoing stipulation and the certification of counsel, it is hereby

3       ORDERED that Ann T. Marshall and Kennard M. Goodman, of Bishop, White,

4   Marshall & Weibel, P.S., are hereby withdrawn as counsel of record for Defendant First

5   American Title Insurance Company, and John T. Ludlow of Hanson Baker Ludlow

6   Drumheller, P.S. is hereby substituted as counsel of record for Defendant First American

7   Title Insurance Company.

8       DATED this 2 day of September, 2011.

9

10  _____
    HON. RONALD B. LEIGHTON

11  District Court Judge

12

13

14

15

16

17

18

19

20

21

22

23  STIPULATION AND ORDER TO             BISHOP WHITE, MARSHALL & WEIBEL, P.S.
    WITHDRAWAL AND SUBSTITUTE                     720 OLIVE WAY, SUITE 1201
24  COUNSEL FOR DEFENDANT, FIRST               SEATTLE, WASHINGTON 98101-1801
    AMERICAN TITLE INSURANCE COMPANY,           206/622-5306  FAX: 206/622-0354
25  PURSUANT TO GR 2(g)(4)(A) - 4

CV 11-05106-RBL

# CERTIFICATE OF SERVICE

The undersigned hereby certifies that she caused the STIPULATION AND ORDER TO WITHDRAW AND SUBSTITUTE COUNSEL FOR DEFENDANT, FIRST AMERICAN TITLE INSURANCE COMPANY, PURSUANT TO GR 2(g)(4)(A) to be served on her client and that her client consented to the same.   The undersigned further certifies that, on September 1, 2011, she caused the same to be served on the Plaintiff and Defendants at the addresses list below and in the manner shown below:

*Attorney for Plaintiff Keith Pelzel:*
Jill J. Smith
Natural Resources Law Group, PLLC
2217 NW 44th Street
P.O. Box 17741
Seattle, WA 98107

_____ Via hand delivery
_____ Via U.S. Mail, First Class, Postage Prepaid
_____ Via Overnight Delivery
_____ Via Facsimile
__X__ Via CM/ECF System
_____ Via Email

*Attorneys for Defendants,*
*LSI Title Agency, Inc.,*
*GMAC Mortgage, LLC,*
*Mortgage Electronic Registration Systems, Inc.; and*
*Homecomings Financial Network, Inc.*
Christopher W. Tompkins
Shawna M. Lydon
Betts, Patterson & Mines, P.S.
One Convention Place, Suite 1400
701 Pike Street
Seattle, WA 98101-3927

_____ Via hand delivery
_____ Via U.S. Mail, First Class, Postage Prepaid
_____ Via Overnight Delivery
_____ Via Facsimile
__X__ Via CM/ECF System
_____ Via Email

STIPULATION AND ORDER TO WITHDRAWAL AND SUBSTITUTE COUNSEL FOR DEFENDANT, FIRST AMERICAN TITLE INSURANCE COMPANY, PURSUANT TO GR 2(g)(4)(A) - 5

CV 11-05106-RBL

BISHOP WHITE, MARSHALL & WEIBEL, P.S.
720 OLIVE WAY, SUITE 1201
SEATTLE, WASHINGTON 98101-1801
206/622-5306  FAX: 206/622-0354

John T. Ludlow  
Hanson Baker Ludlow Drumheller, P.S.  
2229 ~ 112th Avenue NE, #200  
Bellevue, WA 98004

\_\_\_\_\_ Via *hand delivery*  
\_\_\_\_\_ Via U.S. Mail, First Class, Postage Prepaid  
\_\_\_\_\_ Via Overnight Delivery  
\_\_\_\_\_ Via Facsimile  
_X_ Via CM/ECF System  
\_\_\_\_\_ Via Email

I declare under penalty of perjury that the foregoing is true and correct.  Executed on September 1, 2011.

_____/s/_____  
Ann T. Marshall

STIPULATION AND ORDER TO
WITHDRAWAL AND SUBSTITUTE
COUNSEL FOR DEFENDANT, FIRST
AMERICAN TITLE INSURANCE COMPANY,
PURSUANT TO GR 2(g)(4)(A) - 6

CV 11-05106-RBL

BISHOP WHITE, MARSHALL & WEIBEL, P.S.  
720 OLIVE WAY, SUITE 1201  
SEATTLE, WASHINGTON 98101-1801  
206/622-5306  FAX: 206/622-0354