UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

KEITH PELZEL,

            Plaintiff,

    v.

LSI TITLE AGENCY, INC.; GMAC
MORTGAGE, LLC; HOMECOMINGS
FINANCIAL NETWORK, INC.; FIRST
AMERICAN TITLE INSURANCE
COMPANY; MORTGAGE
ELECTRONIC REGISTRATION
SYSTEMS, INC., et al,

            Defendants.

CASE NO. 11-5106 KLS

ORDER GRANTING MOTION TO
COMPEL

      This matter comes before the Court on the Defendants' Motion to Compel.  Dkt. 65.  The

motion requests an order from this Court requiring the plaintiff to respond to Defendants'

Requests for Production and Interrogatories within 10 days of the date of this Court's Order.

      The Plaintiff has not filed a reply to this Motion to Compel.

      IT IS HEREBY ORDERED that Defendants' Motion to Compel is GRANTED.  Plaintiff

shall serve responses to Defendants' discovery requests within 10 days of today's date.

1    DATED this 6th day of August, 2015.

2

3

4                                          Karen L. Strombom
                                           United States Magistrate Judge
5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24